IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21 CR 72 MR WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOSEPH DANIEL PERRY ) | |
| ) | |

This matter is before the Court on Defendant's Motions for Admission *Pro Hac Vice* and Affidavits ("Motions") which have been filed by Andrew C. Brooks on behalf of Katryna Lyn Spearman and Murdoch Walker II. (Docs. 23 & 24).

Before addressing the Motions themselves, it is necessary to clarify Mr. Brooks' status as counsel in this matter. On August 30, 2021, Mr. Brooks filed a Notice of Appearance (Doc. 11), which indicated that he was making a general appearance as counsel of record for Defendant. Subsequent filings by him, including the instant Motions, though, refer to Mr. Brooks as "Local Criminal Rule 57.1(d) Counsel."

However, the local rules of this district do not include a local criminal rule 57.1. Further, the local rules require that any attorney who is admitted to practice *pro hac vice* associate local counsel and be accompanied by local

counsel at all hearings unless otherwise permitted by the Court. See LCvR. 83.1 (b) (1); LCrR. 44.1.

Consequently, Mr. Brooks has entered a general appearance for Defendant and is representing Defendant for all purposes. The Motions have been considered in light of that determination.

The Motions represent that Ms. Spearman and Mr. Walker are members in good standing of the Bar of the State of Georgia, and are admitted to practice before and are in good standing with numerous United States District Courts and United States Courts of Appeals. It further appears that the requisite admission fees have been paid.

Accordingly, the Court **GRANTS** the Motions (Docs. 23 & 24) and **ADMITS** Katryna Lyn Spearman and Murdoch Walker II to practice *pro hac vice* before the Court in this matter while associated with local counsel.

**IT IS SO ORDERED.**

Signed: September 7, 2021

W. Carleton Metcalf
United States Magistrate Judge